UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE LUIS AREVALO,

      Plaintiff,

                            CASE NO. 1:26-cv-0776

v.

                            HON. ROBERT J. JONKER

KEVIN RAYCRAFT, et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

Petitioner, who is not a United States citizen, initiated this action by filing a counseled petition for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1). After that petition was filed, Petitioner was removed from the United States. (ECF No. 8-1, PageID.66-68).

Following Petitioner's removal, Respondents filed a motion to dismiss the case for lack of subject matter jurisdiction. (ECF No. 7). Counsel for the petitioner has not filed any opposition. The Court concludes that, because of the removal, Petitioner's habeas petition is moot. *See Enazeh v. Davis*, 107 F. App'x 489, 491 (6th Cir. 2004) (noting that removal generally moots a habeas petition seeking release from immigration detention).

Accordingly, Respondents' motion to dismiss (ECF No. 7) is **GRANTED** and all other pending motions (ECF Nos. 3, 5, and 6) are **DENIED AS MOOT**. The case is **DISMISSED**.

Dated:  April 3, 2026                  /s/ Robert J. Jonker
                                    ROBERT J. JONKER
                                    UNITED STATES DISTRICT JUDGE